NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-689

BRUCE ROLAND ANDRUS

VERSUS

JONATHAN RAY COLLIGAN, ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 74,076
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders and Oswald A. Decuir, Judges.

AFFIRMED.

Malcolm Brasseaux
Attorney at Law
202 West Plaquemine Street
Church Point, LA 70525
(337) 684-3355
Counsel for Plaintiff/Appellant:
    Bruce Roland Andrus

Jade R. Andrus
Attorney at Law
219 West Brentwood Blvd.
Lafayette, LA 70506
(337) 988-2100
Counsel for Plaintiff/Appellant:
    Bruce Roland Andrus

**David F. Dwight**
**Attorney at Law**
**1400 Ryan Street**
**Lake Charles, LA 70601**
**(337) 439-3138**
**Counsel for Defendants/Appellees:**
**Jonathan Ray Colligan**
**Corliss Granger Colligan**